IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:25-CR-00126-M-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CORDELL ANTONIO MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on a Notice filed by the United States, construed as a motion to vacate the restitution hearing [DE 86]. The government advises that the victim's family does not seek restitution and, thus, the government will not pursue an order for restitution in this case. For good cause shown, the motion is GRANTED. The restitution hearing scheduled before this court on July 24, 2026, is VACATED.

SO ORDERED this 13th day of July, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE